# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2539

_____

THOMAS A. SOSNOWSKI,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

September 30, 2020

PER CURIAM.

DENIED.

B.L. THOMAS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas A. Sosnowski, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.